[No. 40003-1-II. Division Two. June 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLAN R. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00693-1, Anne Hirsch, J., entered November 19, 2009. *Remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 40710-8-II. Division Two. June 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS M. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00062-6, Gordon Godfrey, J., entered April 12, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Johanson, JJ.

[No. 28435-2-III. Division Three. June 2, 2011.]

JAMES R. SWEETSER ET AL., *Respondents*, v. TOMLINSON BLACK COMMERCIAL, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04847-9, Kathleen M. O'Connor, J., entered August 14, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28663-1-III. Division Three. June 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU WILLIAM MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-1-00009-8, Rebecca M. Baker, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.